FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ECF No 18

Apr 15, 2026

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Owen James NEESON-GRAHAM        **CASE NO.** 2:26-CR-48-TOR-4

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 933(a)(1)-(3), (b) | Conspiracy to Traffic Firearms | CAG no more than 15 years; a fine up to $250,000; not more than 3 years supervised release; and $100 special penalty assessment. |
| | 18 U.S.C. § 934 | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |